**JAMES HAWKINS, APLC**
James Hawkins (Cal. Bar No. 192925)
Gregory Mauro (Cal. Bar No. 222239)
Michael Calvo (Cal Bar No. 314986)
9880 Research Drive, Suite 200
Irvine, California 92618
Telephone: (949) 387-7200
Email: james@jameshawkinsaplc.com
Email: greg@jameshawkinsaplc.com

**\*\*Additional Counsel listed on next page**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAEA SANFT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>SIMS GROUP USA CORPORATION,<br><br>Defendant. | Case No. 19-cv-08154-JST<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; ATTORNEYS' FEES, COSTS, SERVICE AWARD, AND ADMINISTRATION COSTS; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>[Proposed Order and Declarations of Class Counsel Gregory Mauro, Kevin J. Stoops, Administrator Makenna Snow, and Plaintiffs Bernal-Rodriguez and Sanft filed concurrently herewith]<br><br>Date: April 27, 2023<br>Time: 02:00 p.m.<br>Courtroom: 6, 2nd Floor<br>Judge: The Honorable Jon S. Tigar |

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**SOMMERS SCHWARTZ, P.C.**
Kevin J. Stoops (Cal Bar No. pending)
Charles R. Ash, IV (*pro hac vice* forthcoming)
One Towne Square, 17th Floor
Southfield, Michigan 48076
Telephone: 248-355-0300
Facsimile: 248-436-8453
Email: kstoops@sommerspc.com
Email: crash@sommerspc.com

*Attorneys for Plaintiffs and Proposed Collective and Class members*

- 1 -
**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

NOTICE IS HEREBY GIVEN that on April 27. 2023at 02:00 p.m. before the Honorable Jon S. Tigarin the United States District Court for the Northern District of California, located at Ronald V. Dellums Federal Building and United States Courthouse, Courtroom 6, 2nd Floor, 1301 Clay Street, Oakland, CA 94612, Plaintiffs Sanft and Rodriguez("Plaintiffs"), on behalf of the certified Class for settlement purposes, will and hereby does move this Court for an Order which will:

1. Finally adjudicate the Settlement is fair, adequate, and reasonable;
2. Direct distribution of the Settlement benefits by the Settlement Administrator to all participating class members in accordance with the Settlement Agreement;
3. Approve and direct the payment to the Settlement Administrator from the Gross Settlement Fund or GSF $10,980 for its fees and costs in administering the Settlement in accordance with the Settlement Agreement;
4. Approve and direct payment to Class Counsel in the amount of 1/3 of GSF for their attorneys' fees in the sum of $60,000 and reimbursement of their actual litigation costs of $2,970.05 for Sommers Schwartz, P.C. and $17,839.84 for James Hawkins APLC.
5. Approve and direct the Class Representative Service Awards to be paid in the amount $5,000 for Plaintiff Paea Sanft and $5,000 for Plaintiff Sergio Bernal-Rodriguez in accordance with the Settlement Agreement;
6. Approve the PAGA payment from the with $7,500 payable to the Labor Workforce Development Agency ("LWDA"); and
7. Direct the Clerk of Court to enter final judgment; and without affecting the finality of the final judgment, to reserve the Court's continuing jurisdiction over the Parties for the purpose of implementing, enforcing, or administering the Settlement.

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

This Motion is made on the grounds the proposed Settlement, which was preliminarily approved by this Court on September 2, 2022 [Dkt. No. 84] is the product of arms'-length, good-faith negotiations, and is fair and reasonable to the Class The proposed Settlement should now be finally approved, as more fully discussed in the attached Memorandum of Points and Authorities in Support of Final Approval of Class Action Settlement and entering Final Judgment.

This Motion is based upon this Notice of Motion, the attached Memorandum of Points and Authorities, the Declarations of Class Counsel Gregory Mauro and Kevin J. Stoops, the Declaration of Makenna Snow on behalf of ILYM Group, Inc., the Declarations of Plaintiffs Bernal-Rodriguez and Sanft, the Order Granting Preliminary Approval of Class Action Settlement, and such other records and files in this action, and such other matters as may be properly presented at or before the hearing.

The Parties have met and conferred regarding the substance of this Motion and Plaintiffs anticipate no objection to this Motion from Defendant.

Dated: March 7, 2023

JAMES HAWKINS APLC
SOMMERS SCHWARTZ PC

By: /s/ Gregory Mauro

James R. Hawkins, Esq.
Gregory Mauro, Esq.

Attorneys for Plaintiff PAEA SANFT and for Members of the Class

- 3 -

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

# CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2023 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Northern District of California using the CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

Dated: March 9, 2023                              By: /s/ Gregory Mauro
                                                                    GREGORY MAURO, ESQ.

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**